UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SUSAN J. O'MEARA HERNES,<br><br>Plaintiff,<br><br>vs.<br><br>INTEX RECREATION CORP.,<br><br>Defendant. | 4:19-CV-04122-KES<br><br><br><br>JUDGMENT |

Under the parties' joint stipulation for dismissal (Docket 13), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

Dated March 13, 2020.

        BY THE COURT:

        /s/ *Karen E. Schreier*
        KAREN E. SCHREIER
        UNITED STATES DISTRICT JUDGE